MORGAN, LEWIS & BOCKIUS LLP
CECILY A. WATERMAN, State Bar No. 063502
ANN MARIE REDING, State Bar No. 226864
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION and
GUIDANT SALES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR KILAND and ST. JUDE MEDICAL S.C., INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION and GUIDANT SALES CORPORATION and DOES 1 through 50 INCLUSIVE,<br><br>Defendants. | Case No. CV 10-4105 SBA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Cecily A. Waterman hereby enters her appearance as counsel of record for defendant Boston Scientific Corporation and Guidant Sales Corporation in this action along with Ann Marie Reding.

Dated: December 28, 2010                MORGAN, LEWIS & BOCKIUS LLP

                                        By /s/ Cecily A. Waterman
                                        Cecily A. Waterman
                                        Ann Marie Reding
                                        Attorneys for Defendant
                                        BOSTON SCIENTIFIC CORPORATION
                                        and GUIDANT SALES CORPORATION

DB2/22128611.1                                                      CASE NO. CV 10 4105 SBA

NOTICE OF APPEARANCE