1  TODD M. MALYNN, SBN 181595
   JAMES A. GALE, FL BAR 371726
2  FELDMAN GALE, P.A.
   880 West First Street, Suite 315
3  Los Angeles, CA 90012
   Telephone:   213.625.5992
4  Facsimile:   213.625.5993

5  Attorneys for Plaintiff
   DAVID J. MICLEAN, SBN 115098
6  THE MICLEAN LAW GROUP
   303 Twin Dolphin Dr., Suite 600
7  Redwood Shores, CA 94065
   Telephone:   650.684.1181
8  Facsimile:   650.625.5993

9  Attorneys for Plaintiffs BLAIR KILAND and ST.
   JUDE MEDICAL S.C., INC.
10

11 MORGAN, LEWIS & BOCKIUS LLP
   CECILY A. WATERMAN, State Bar No. 063502
12 ANN MARIE REDING, State Bar No. 226864
   One Market, Spear Street Tower
13 San Francisco, CA  94105-1126
   Telephone:  415.442.1000
14 Facsimile:   415.442.1001

15 Attorneys for Defendant
   BOSTON SCIENTIFIC CORPORATION and
16 GUIDANT SALES CORPORATION

17                IN THE UNITED STATES DISTRICT COURT
18                FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

20
   BLAIR KILAND and ST. JUDE         Case No. CV 10-4105 SBA
21 MEDICAL S.C., INC.,
                                     **JOINT STIPULATION AND ORDER
22            Plaintiff,             CONTINUING INITIAL CASE
                                     MANAGEMENT CONFERENCE, AND
23            vs.                    RULE 26(f) REPORT AND INITIAL
                                     DISCLOSURE DEADLINES**
24 BOSTON SCIENTIFIC CORPORATION
   and GUIDANT SALES CORPORATION
25 and DOES 1 through 50 INCLUSIVE,

26            Defendants.

27

28

MORGAN, LEWIS &
BOCKIUS LLP       DB2/22122482.1                              CASE NO. CV 10 4105 SBA
ATTORNEYS AT LAW
SAN FRANCISCO     JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
                  CONFERENCE, AND RULE 26(f) REPORT AND INITIAL DISCLOSURE DEADLINES

Defendants Boston Scientific Corporation and Guidant Sales Corporation (collectively "Defendants" or "Boston Scientific") and Plaintiffs Blair Kiland and St. Jude Medical S.C., Inc. ("Plaintiffs"), by and through their respective counsel, stipulate to continue the following deadlines as follows:

WHEREAS, this Court set this matter for an initial Case Management Conference on January 13, 2011, at 2:45 p.m. by telephone;

WHEREAS, on December 21, 2010, Plaintiffs and Defendants participated in an initial Rule 26(f) conference;

WHEREAS, on December 21, 2010, Plaintiffs and Defendants agreed, due to the supplemental briefing schedule on pending motions relating to venue, the unavailability of clients and corporate closures due to the upcoming holidays, and the lack of pleadings from Defendants due to the pending venue motions, that the initial Case Management Conference should be continued fourteen (14) days from January 13, 2011 to January 27, 2011, or the next available date;

WHEREAS, on December 21, 2010, Plaintiffs and Defendants further agreed that due to the supplemental briefing schedule on pending motions relating to venue, the unavailability of clients and corporate closures due to the upcoming holidays, and the lack of pleadings from Defendants due to the pending venue motions, that the Joint Case Management Conference Statement should be continued fourteen (14) days from January 3, 2011 to January 17, 2011 , or ten (10) days before the date of the Case Management Conference;

WHEREAS, on December 21, 2010, Plaintiffs and Defendants further agreed to continue the deadline for exchanging initial disclosures by fourteen (14) days from January 4, 2011 to January 18, 2010;

WHEREAS, no prior extensions of time have been requested or granted;

WHEREAS, Boston Scientific agreed to participate in the Rule 26(f) conference and agrees to continue the deadlines discussed herein, as required pursuant to the Federal Rules of Civil Procedure and the Court's Case Management Order, without prejudice to its position that this case should be stayed or dismissed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22122482.1                                       1                              CASE NO. CV 10 4105 SBA
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE, AND RULE 26(f) REPORT AND INITIAL DISCLOSURE DEADLINES

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Boston Scientific that the initial Case Management Conference be continued until January 27, 2011, at 2:45 p.m., via telephone, or the Court's next available date; the deadline for the filing of the Joint Rule 26(f) Report will be continued until January 17, 2011 or ten (10) days before the date of the Case Management Conference; and the deadline for the exchange of initial disclosure will be continued until January 18, 2011.

Dated: December 22, 2010    FELDMAN GALE, P.A.

By   /s/ Todd M. Malynn
    Todd M. Malynn
    James A. Gale
    Attorneys for Plaintiffs
    BLAIR KILAND and ST. JUDE
    MEDICAL S.C., INC.

Dated: December 22, 2010    THE MICLEAN LAW GROUP

By   /s/ David J. Miclean
    David J. Miclean
    Attorneys for Plaintiffs
    BLAIR KILAND and ST. JUDE
    MEDICAL S.C., INC.

Dated: December 22, 2010    MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Ann Marie Reding
    Cecily A. Waterman
    Ann Marie Reding
    Attorneys for Defendant
    BOSTON SCIENTIFIC CORPORATION
    and GUIDANT SALES CORPORATION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22122482.1                               2                    CASE NO. CV 10 4105 SBA
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE, AND RULE 26(f) REPORT AND INITIAL DISCLOSURE DEADLINES

1

2    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the case

3 management conference scheduled for January 13, 2011 is CONTINUED to April 27, 2011 at

4 3:15 p.m.  The parties shall meet and confer prior to the conference and shall prepare a joint Case

5 Management Conference Statement which shall be filed no later than ten (10) days prior to the

6 Case Management Conference that complies with the Standing Order for All Judges of the

7 Northern District of California and the Standing Order of this Court.  Plaintiffs shall be

8 responsible for filing the statement as well as for arranging the conference call.  All parties shall

9 be on the line and shall call (510) 637-3559 at the above indicated date and time.

10    IT IS SO ORDERED.

11
Dated:  12/29/10                                   _____/s/ Saundra B. Armstrong_____
12                                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22122482.1                                   3                        CASE NO. CV 10 4105 SBA
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE, AND RULE 26(f) REPORT AND INITIAL DISCLOSURE DEADLINES