
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR KILAND and ST. JUDE MEDICAL S.C., INC.<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION and GUIDANT SALES CORPORATION and DOES 1 through 50 INCLUSIVE<br><br>Defendants. | CASE NO. CV 10-4105 SBS<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:

    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that any early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process: X

    Private ADR (please identify process and provider) <u>Private mediation. Mediator to be selected by parties.</u>

The parties agree to hold the ADR session by:

    The presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    Other requested deadline_____

STIPULATION AND [PROPOSED] ORDER SLECTING ADR PROCESS

| | |
|---|---|
| 1 | TODD M. MALYNN (SBN 181595)<br>Email: tmalynn@feldmangale.com |
| 2 | JAMES A. GALE (FL Bar. No. 371726)<br>Email: JGale@FeldmanGale.com |
| 3 | GREGG H. METZGER (FL Bar No. 836850)<br>**FELDMAN GALE, P.A.** |
| 4 | 880 West First Street, Suite 315<br>Los Angeles, California 90012 |
| 5 | Telephone No. (213) 625-5992<br>Facsimile No. (213) 625-5993 |
| 6 | |
| 7 | Attorneys for Plaintiff St. Jude<br>Medical S.C., Inc. |
| 8 | DAVID J. MICLEAN (SBN 115098)<br>Email: dmiclean@micleanlaw.com |
| 9 | **THE MICLEAN LAW GROUP** |
| 10 | 303 Twin Dolphin Dr., Suite 600<br>Redwood Shores, California 94065 |
| 11 | Telephone No. (650) 684-1181<br>Facsimile No. (650) 684-1182 |
| 12 | Attorneys for Plaintiff Blair Kiland |
| 13 | CECILY A. WATERMAN (SBN 063502)<br>Email: cwaterman@morganlewis.com |
| 14 | ANN MARIE REDING (SBN 226864)<br>areding@morganlewis.com |
| 15 | **MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower |
| 16 | San Francisco, CA 94105-1126<br>Telephone No. (415) 442-1000 |
| 17 | Facsimile No. (415) 442-1001 |
| 18 | Attorneys for Defendants Boston Scientific<br>Corporation and Guidant Sales Corporation |
| 19 | ROBERT L. SCHNELL, JR. (MN. Bar No. 97329) |
| 20 | Email: rschnell@faegre.com<br>MARTIN S. CHESTER (MN Bar No. 031514) |
| 21 | Email: mchester@faegre.com<br>**FAEGRE & BENSON LLP** |
| 22 | 2200 Wells Fargo Center<br>90 So. Seventh Street |
| 23 | Minneapolis, MN 55402<br>Telephone: (612) 766-7000 |
| 24 | Facsimile: (612) 766-1600 |
| 25 | Attorneys for Defendants Boston Scientific<br>Corporation and Guidant Sales Corporation |
| 26 | |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Dated: December 22, 2010

Attorney for St. Jude Medical S.C., Inc.

3  Dated: December 22, 2010

Attorney for Blair Kiland

5  Dated: December 22, 2010

Attorney for Boston Scientific Corporation
and Guidant Sales Corporation

[PROPOSED ORDER]

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR  X  Private Mediation. Mediator to be selected by parties.

Deadline for ADR session
90 days from the date of this order  X
Other

IT IS SO ORDERED.

Dated: 1/3/11

UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER SLECTING ADR PROCESS