1   TODD MATTHEW MALYNN, State Bar No. 181595
    JAMES A. GALE, FL State Bar No. 371726
2   FELDMAN GALE, P.A.
    880 W. 1st Street, Suite 315
3   Promenade West
    Los Angeles, CA  90012-2430
4   Tel: 213.625.5992
    Fax: 213.625.5993
5
    Attorneys for Plaintiff, BLAIR KILAND
6
    DAVID J. MICLEAN, State Bar No. 115098
7   THE MICLEAN LAW GROUP
    303 Twin Dolphin Drive
8   Suite 600
    Redwood Shores, CA  94065
9   Tel: 650.684-1181
    Fax: 650.684.1182
10
    Attorneys for Plaintiffs,
11  BLAIR KILAND AND ST. JUDE MEDICAL S.C., INC.

12  CECILY A. WATERMAN, State Bar No. 063502
    ADELMISE R. WARNER, State Bar No. 215385
13  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
14  San Francisco,  CA  94105
    Tel:  415.442.1000
15  Fax:  415.442.1001

16  Attorneys for Defendants
    BOSTON SCIENTIFIC CORPORATION AND
17  GUIDANT SALES CORPORATION
    (Additional Defendants' Counsel Listed on Following
18  Page)

19

20                  UNITED STATES DISTRICT COURT

21          FOR THE NORTHERN DISTRICT OF CALIFORNIA

22  BLAIR KILAND AND ST. JUDE              Case No. CV 10-4105 SBA
    MEDICAL S.C., INC.,
23                                         **AMENDED  STIPULATION AND
                    Plaintiff,             ORDER CONTINUING THE ADR
24                                         DEADLINE FOR CONDUCTING
            vs.                            PRIVATE MEDIATION**
25  BOSTON SCIENTIFIC CORPORATION
    AND GUIDANT SALES CORPORATION
26  AND DOES 1 THROUGH 50 INCLUSIVE,

                    Defendants.
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. CV 10-4105 SBA

[AMENDED] STIP. AND [PROP.] ORDER CONTINUING ADR DEADLINE FOR PRIVATE MEDIATION
1

1

**ADDITIONAL DEFENDANTS' COUNSEL**

2

3   ROBERT L. SCHNELL, JR., MN State Bar No. 97329
MARTIN S. CHESTER, MN State Bar No. 031514

4   FAEGRE & BENSON LLP
2200 Wells Fargo Center

5   90 South Seventh Street
Minneapolis, MN 55402-

6   Tel: 612-766-7000
*(PRO HAC VICE)*

7

Attorneys for Defendants

8   BOSTON SCIENTIFIC CORPORATION AND GUIDANT SALES CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. CV 10-4105 SBA

[AMENDED] STIP. AND [PROP.] ORDER CONTINUING ADR DEADLINE FOR PRIVATE MEDIATION

1

Plaintiffs Blair Kiland and St. Jude Medical S.C., Inc. ("Plaintiffs") and Defendants Boston Scientific Corporation and Guidant Sales Corporation (collectively "Defendants" or "Boston Scientific"), by and through their respective counsel of record, jointly submit this AMENDED Stipulation and [Proposed] Order Continuing the ADR Deadline for Conducting Private Mediation, and stipulate as follows:

WHEREAS, on April 1, 2011, the Court issued an order resolving cross-motions pertaining to venue, ordering, *inter alia*, that Plaintiffs' claims are properly venued, and are to proceed, in this  Court and that Defendant Boston Scientific Corporation is enjoined from proceeding in the  action it filed in Minnesota;

WHEREAS, on April 12, 2011, the parties engaged in a case management/Rule 26(f) teleconference for the purpose of drafting  a Joint Case Management Statement to be timely filed in advance of an upcoming April 27, 2011 Case Management Conference per the Court's December 29, 2010 Order;

WHEREAS, in reviewing the Court docket promptly after the aforesaid teleconference, the parties focused on the Court's January 3, 2011 Order requiring completion of the mediation by April 4, 2011;

WHEREAS, although counsel for both sides had timely received electronic service of the aforesaid January 3, 2011 Order, counsel for both sides failed to focus on the deadline during the pendency of a decision on the parties' aforesaid cross-motions pertaining to venue;

WHEREAS, the aforesaid omission was an honest mistake made by all counsel while they were awaiting the Court's ruling on the aforesaid cross-motions pertaining to venue (now resolved as of April 1st), for which the undersigned respectfully apologize to the Court;

WHEREAS, the parties had held discovery in abeyance pending resolution of the aforesaid motions (now resolved as of April 1st);

WHEREAS, the parties would have previously requested a continuance of the mediation deadline set by the aforesaid January 3, 2011 Order until some period of time after resolution of the aforesaid motions, had they focused on the April 3 deadline;

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, in light of the Court's aforesaid April 1st Order, the parties are now prepared

2  to engage in discovery, and they continue to be willing to conduct private mediation; and

3    WHEREAS, the parties have met and conferred, and have agreed that they need until

4  September 15, 2011 to conduct a private mediation session.

5    THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request that the

6  Court extend the deadline for conduct private mediation to September 15, 2011.[1]

7  Dated: April 18, 2011                              FELDMAN GALE, P.A.

8
                                                      By: /s/ Todd Matthew Malynn
9                                                         Todd Matthew Malynn
                                                         Attorneys for Plaintiff,
10                                                        BLAIR KILAND

11 Dated: April 18, 2011                              THE MICLEAN LAW GROUP

12
                                                      By: /s/ David J. Miclean
13                                                        David J. Miclean
                                                         Attorneys for Plaintiffs,
14                                                        BLAIR KILAND AND
                                                         ST. JUDE MEDICAL S.C., INC.
15

16 Dated: April 18, 2011                              MORGAN, LEWIS & BOCKIUS LLP

17
                                                      By: /s/ Adelmise Rosemé Warner
18                                                        Cecily A. Waterman
                                                         Adelmise R. Warner
19                                                        Attorneys for Defendants
                                                         BOSTON SCIENTIFIC CORP. AND
20                                                        GUIDANT SALES CORPORATION

21 Dated: April 18, 2011                              FAEGRE & BENSON LLP

22
                                                      By: /s/ Martin S. Chester
23                                                        Martin S. Chester
                                                         Attorneys for Defendants
24                                                        BOSTON SCIENTIFIC CORP. AND
                                                         GUIDANT SALES CORPORATION
25

26

27  _____

28    [1] The parties, by and through their counsel of record, jointly submit this amended
   Stipulation because they had inadvertently left out "September 15, 2011" at page 3, lines 3 and 6
   of the Stipulation.  However, that date was included in the [Proposed] Order.

[AMENDED] STIP. AND [PROP.] ORDER CONTINUING ADR DEADLINE FOR PRIVATE MEDIATION

1

**ORDER**

2        Pursuant to the Parties' STIPULATION AND [PROPOSED] ORDER CONTINUING

3  THE ADR DEADLINE FOR CONDUCTING PRIVATE MEDIATION, the Court hereby orders

4  that the parties conduct the private mediation session no later than September 15, 2011.

5        **IT IS SO ORDERED.**

6

7        Date: __4/19/11_____        _____
                                            SAUNDRA BROWN ARMSTRONG
8                                           U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/22384138.1                             3                      Case No. CV 10-4105 SBA

[AMENDED] STIP. AND [PROP.] ORDER CONTINUING ADR DEADLINE FOR PRIVATE MEDIATION