1  
2  

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3  
4  BLAIR KILAND and ST. JUDE MEDICAL S.C., INC.  

5      Plaintiff,  

6      v.  

7  BOSTON SCIENTIFIC CORPORATION and GUIDANT SALES CORPORATION  
8  and DOES 1 through 50 INCLUSIVE  

9      Defendants.

CASE NO. CV10-4105 SBA

[PROPOSED] ORDER OF DISMISSAL OF ACTION

12  Based on the stipulation of the parties, the Court hereby orders as follows: (1) This action, including all claims and counterclaims asserted herein, is hereby dismissed with prejudice to the extent, but only to the extent, the claims and counterclaims are asserted herein by or against Kiland or otherwise relate specifically to Kiland; (2) This action is dismissed without prejudice to the extent the claims and counterclaims asserted herein by St. Jude and Boston Scientific do not relate specifically to Kiland; (3) The effect of the dismissal of this action shall be subject to that certain Settlement Agreement pursuant to which this stipulation is filed, the terms of which shall control and prevail over Fed. R. Civ. P. 41; and (4) Each party shall bear their own respective costs and attorneys' fees.

SO ORDERED.

Dated: 8/23/11

                                    /s/ Saundra B. Armstrong  
The Honorable Saundra B. Armstrong  
United States District Judge